In the Matter of the Accounting of EUGENE W. PARKER, as Administrator of the Estate of DELIA PARKER, Deceased, Appellant.

EUGENE F. LIVERMORE, Respondent.

*Matter of Parker,* 131 App. Div. 923, appeal dismissed.
(Argued November 8, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 12, 1909, which affirmed a decree of the Jefferson County Surrogate's Court settling the accounts of the administrator herein.

*F. B. Pitcher* for appellant.

*E. C. Emerson* for respondent.

Appeal dismissed, with costs ; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Absent : HISCOCK, J.